UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRYAN C. GIROIR**     **CIVIL ACTION**

**VERSUS**     **NO. 07-5670**

**BONITA PITTMAN, WARDEN**     **SECTION: "K"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's unopposed motion for summary judgment is **GRANTED** and that plaintiff's claims that he was denied adequate medical care, housing in a non-smoking dorm, and access to the law library are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claim challenging the prison grievance procedure be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as frivolous.

New Orleans, Louisiana, this __27th__ day of _____April_____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**